ORIGINAL

FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF NGUYEN-VU PHAM FOR
REINSTATEMENT TO ACTIVE STATUS IN THE          O R D E R
BAR OF MONTANA

_____

Nguyen-Vu Pham has petitioned for reinstatement to active status in the State Bar of Montana. Pham was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) on November 30, 2022, as a result of noncompliance with CLE requirements. However, the Court will need additional information to consider the petition. Rule 13 of the CLE Rules provides that reinstatement may be granted by the Court upon "certification by the [CLE] Commission that the attorney has completed the minimum continuing education requirements." Thus, Pham must provide a letter or documentation from the Commission certifying Pham's completion of CLE requirements for the reporting year that ended March 31, 2022. Therefore,

IT IS ORDERED that the petition of Nguyen-Vu Pham for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 21st day of March , 2023.

_____
Chief Justice

_____

_____

FILED

MAR 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices